# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN H. GRAY, Jr., | : | PRISONER CIVIL RIGHTS |
|    Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| SHERIFF THEODORE JACKSON, | : | 1:18-CV-3865-ODE-JSA |
|    Defendant. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Plaintiff John H. Gray was incarcerated at the Fulton County Jail when he filed the instant *pro se* civil rights complaint. On August 30, 2018, this Court entered an Order granting Plaintiff's request to proceed *in forma pauperis*. That Order was returned to the Court with a notation Plaintiff never received the August 30, 2018, Order, however, because it was returned to the Court with the notations "Undeliverable," "Released," and "Unable to Forward." (Doc. 4). As of October 4, 2018, no new address for Plaintiff is on file.

Local Rule 41.2C provides that "the failure . . . of a party appearing *pro se* to keep the Clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal."

**IT IS THEREFORE RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2C for failure to keep the Court informed of Plaintiff's current address.

The Clerk is **DIRECTED** to terminate the reference to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 24th day of October, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE