FILED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 07 2018
James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN H. GRAY, JR.,

    Plaintiff

v.

SHERIFF THEODORE JACKSON,

    Defendant

CIVIL ACTION FILE NO.
1:18-CV-3865-ODE-JSA

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed October 24, 2018 [Doc. 5] ("R&R"). No objections have been filed.

The R&R states that mail addressed to Plaintiff at his address of record was returned to the Court with the notations "Undeliverable," "Released," and "Unable to Forward." Thus, the R&R recommends that Plaintiff's complaint be dismissed without prejudice pursuant to Local Rule 41.2C for failure to keep the Court informed of Plaintiff's current address.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. This case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this __6__ day of December, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE